UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY    DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

> PROVIDED TO
> WASHINGTON CI ON
> MAR 1 3 2008
> FOR MAILING J.J.W

JESSIE JAMES WHIGHAM          ,
Inmate # 999503                .
(Enter full name of Plaintiff)

vs.

CASE NO: 5:08 cv 82 RLH EMT
(To be assigned by Clerk)

MS. Eve                       
MS. HARRION                   
MR. C. MILES                  .
MR. TROY FLOWER               
MR. RONALD Lippmann DO.    .
(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

2008 MAR 24  AM 11: 45

KG
FILED

## I.    PLAINTIFF:

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff:    JESSIE JAMES WHIGHAM

Inmate Number        999503

Prison or Jail:    WASHINGTON CORRECTIONAL

Mailing address:    INSTITUTIONS 4455 SAM

MITCHELL DRIVE chipley

FLORIDA 32428 - 3501

## II.    DEFENDANT(S):

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for <u>**every**</u> Defendant:

(1)    Defendant's name:    MS. EVE, Individually An ASA

Official position:    NURSE

Employed at:    THE Bay COUNTY ANNEX

Mailing address:    5600 NEhi ROAd PANAMA

CITY, FLORIDA 32404

(2)    Defendant's name:    MS. HARRION, Individually An ASA

Official position:    CORRECTIONAL OFFICER

Employed at:    THE BAY COUNTY ANNEX

Mailing address:    5600 NEhi ROAD PANAMA

CITY, FLORIDA 32404

(3)    Defendant's name:    MR. TROY FLOWER Individually An ASA

Official position:    CORRECTIONAL OFFICER (LAUNDRY SUPERVISOR)

Employed at:    The BAYCOUNTY ANNEX

Mailing address:    5600 NEHI ROAD, PANAMA

CITY, FLORIDA 32404

## ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

_____

_____

_____

_____

V.   PARTIES:  In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank.  Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.   Name of Plaintiff: JESSIE JAMES whighAw

Mailing address: WAShiNGTON CORReCTIONAL InsTiTuTioNs ~~Reception And Medical center, MAin uniT~~
4455 SAM MITCHELL DRive CHiPLey FL. 32428-3501
~~P.O. Box 628, LAke BuTLeR FLORidA 32405~~

B.   Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.   Defendant:        MS. Eve, INdividuALLy AN AS A NURSe

Mailing Address:   BAY COUNTY ANNex, PANAMA CITY, FLORIdA

32404

Position:            NURSe

Employed at:       The BAY COUNTY ANNex

D.   Defendant:        MR. C. MiLes, INdividuALLy AN AS A C/OFFiceR

Mailing Address:   314½ HARMON Avenue PANAMA City, FLORidA

32401

Position:            CORReCTioNALs OFFiceR

Employed at:       The BAY COUNTY JAiL

E. Defendant: MS. HARRTON, Individually an as a C/O

Mailing Address: 5600 NeHI RD. PANAMA City, FLORIdA 32404

Position: CORRECTIONALS OFFICER

Employed at: The BAY county Annex

F. Defendant: MR. TROY FLOWER, Individually an a C/O

Mailing Address: 5600 NeHI RD. PANAMA City, FLORIdA 32404

Position: CORRECTIONALS OFFICER

Employed at: The BAY COUNTY Annex

G. Defendant: MR. RONALD LIPPMANN DO, Individually an as HeAd physiciAn.

Mailing Address: 3143 HARMON Avenue PANAMA City, FLORIdA 32401

Position: Head PhysiciAn

Employed at: The BAY county JAiL, Annex, An BAycoRRectioN FACILITY

NOTE: THE COURT WILL NOT REVIEW THE MERITS OF THE COMPLAINT UNLESS THE
FOLLOWING QUESTIONS HAVE BEEN ANSWERED REGARDING EXHAUSTION OF
ADMINISTRATIVE REMEDIES AND ANY PRIOR LAW SUITS THAT HAVE BEEN FILED.

**III.   EXHAUSTION OF ADMINISTRATIVE REMEDIES**

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding
conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff
must submit copies of all grievances, appeals, and responses with this complaint to verify
exhaustion. Failure to demonstrate exhaustion may be grounds for dismissal.

**A.   DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN THE FLORIDA
DEPARTMENT OF CORRECTIONS?**

Yes( )                    No( ✓ )

[If your answer is NO, proceed to Question B. If your answer is YES, answer all
of the following questions in this subsection.]

**1.   Informal Grievance**

a.   Did you submit an informal grievance?

Yes( )                No( )

❖ If so, you must attach a copy of the grievance and response; exhibit _____.

b.   If not, why? _____

**2.   Formal Grievance**

a.   Did you submit a formal grievance?

Yes( )                    No( )

❖ If so, you must attach a copy of the grievance and response; exhibit _____.

b.   If not, why? _____

**3.   Appeal to the Office of the Secretary**

a.   Did you submit an appeal to the Office of the Secretary?

Yes( )                    No( )

❖ If so, you must attach a copy of the appeal and response; exhibit _____.

b.   If not, why? _____

**4.    Disciplinary Actions**

a.    Did you have a disciplinary hearing concerning this matter?

Yes(   )                          No(   )

❖ If so, you must attach a copy of the disciplinary report and disciplinary
   hearing team's findings and decision to this form; exhibit _____.

b.    Did you lose gaintime as a result of the disciplinary hearing?

Yes(   )                          No(   )

c.    Has the gaintime since been restored?

Yes(   )                          No(   )


**B.    DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN A COUNTY
JAIL OR DETENTION CENTER?**

Yes(✓)                          No(   )

[If your answer is NO, proceed to Section IV of the complaint form.
If your answer is YES, answer the following questions.]

1.    Is there a grievance procedure at your institution or jail?

Yes(✓)                          No(   )

[If your answer is NO, proceed to Section IV of the complaint form.  If your
answer is YES, answer all of the following questions in this subsection.]

2.    Did you submit a grievance concerning the facts relating to your complaint?

Yes(✓)                          No(   )

3.    If your answer is YES:

a. What steps did you take? **INFORMAL, EMERGENCY FORMAL**

b. What were the results?  **NOT RETURN**

❖ If so, you must attach a copy of the grievance and response; exhibit **A**  .

4.    If your answer is NO, explain why not: _____

_____

**6**

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

## IV. PREVIOUS LAWSUITS

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?

Yes( ✓ )    No( )

1. Parties to previous action:
   a. Plaintiff(s): JESSIE JAMES WHIGHAM
   b. Defendant(s): KEETON
2. Name of judge: MICHAEL OVERSTREET    Case #: ____
3. County and judicial circuit: BAY COUNTY, FOURTHEENTH CIRCUIT
4. Name of judge: MICHAEL OVERSTREET
5. Approximate filing date: ____
6. If not still pending, date of dismissal: CLOSE IN 97
7. Reason for dismissal: ____
8. Facts and claims of case: REFUSE THE PLAINTIFF MEDICAL TREATMENT

**(Attach additional pages as necessary to list state court cases.)**

COPY

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( ✓ )    No( )

1. Parties to previous action:
   a. Plaintiff(s): JESSIE JAMES WHIGHAM
   b. Defendant(s): MS. DONNA, ET AL.
2. District and judicial division: NORTHERN DISTRICT, PANAMA CITY, DIVISION
3. Name of judge: RICHARD SMOK    Case #: 5:08CV 28-RS/EMT
4. Approximate filing date: 2-6- [redacted], 2008
5. If not still pending, date of dismissal: STILL PENDING
6. Reason for dismissal: ____
7. Facts and claims of case: REFUSE PLAINTIFF MEDICAL TREATMENT

**(Attach additional pages as necessary to list other federal court cases.)**

C.   Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(✔)                         No( )

If YES, describe each action in the space provided below.  If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a.  Plaintiff(s): JESSIE JAMES WHIGHAM
   b.  Defendant(s): MS. EVE, ET AL
2. District and judicial division: NORTHERN DISTRICT, PANAMA CITY DIVISION
3. Name of judge: MILES DAVIS          Case #: 5:08CV51-RS/MD
4. Approximate filing date: FEBRUARY 22, 2008
5. If not still pending, date of dismissal: MARCH 3, 2008
6. Reason for dismissal: MALICIOUS
7. Facts and claims of case: REFUSE PLAINTIFF MEDICAL TREATMENT

**(Attach additional pages as necessary to list cases.)**

D.   Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service?  If so, identify each and every case so dismissed:

Yes(✔)                         No( )

1. Parties to previous action:
   a.  Plaintiff(s): JESSIE JAMES WHIGHAM
   b.  Defendant(s): CORRECTIONAL CORPORATION OF AMERICA
2. District and judicial division: NORTHERN DISTRICT, PANAMA CITY DIVISION
3. Name of judge: ELIZABETH M. TIMOTHY  Case Docket # 5:07CV170/RS/EMT
4. Approximate filing date: 7-18-07   Dismissal date: AMENDED
5. Reason for dismissal: FAIL TO STATE A CLAIM

**(Attach additional pages as necessary to list cases.)**

8

C. Have you initiated other actions (besides those listed above in questions (A) and (B) in either state or federal court that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it involved excessive force or some other wrong)?

yes (✓)      NO ( )

If yes, describe each action in the space provided. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

(1). Parties to previous action: JESSIE JAMES WHIGHAM
a. Plaintiff(s): JESSIE JAMES WHIGHAM
b. Defendant(s): KEETON
(2). District and judicial division: FOURTEENTH Judicial, BAY COUNTY
(3). Name of Judge: JUDGE OVERSTREET
(4). Approximate filing date: __/__/97
(5). If not still pending, date of dismissal: CLOSED on ■■/97
(6). Reason for dismissal: could not find a lawyer to take the case
(7) Facts and claim of case: DEFENDANT REFUSE PLAINTIFF MEDICAL TREATMENT

(1).

(1). PARTIES TO PREVIOUS ACTION:

A. PLAINTIFF(S): JESSIE JAMES WHIGHAM

b. DEFENDANT(S): WALTON CORR. INST. ET AL.

(2). DISTRICT AND JUDICIAL DIVISION: NORTHERN DISTRICT, PANAMA CITY DIVISION

(3). NAME OF JUDGE: 3:96 CV 489/RV

(4). APPROXIMATE FILING DATE:

(5). IF NOT STILL PENDING, DATE OF DISMISSAL: CLOSE 12-23-96

(6). REASON FOR DISMISSAL: COULD NOT FINE OR HIRE A LAWYER

(7). FACTS AND CLAIM OF CASE:

(1). PARTIES TO PREVIOUS ACTION:

A. PLAINTIFF(S): JESSIE JAMES WHIGHAM

b. DEFENDANT(S): GARNER

(2). DISTRICT AND JUDICIAL DIVISION: NORTHERN DISTRICT, PANAMA CITY DIVISION

(3). NAME OF JUDGE: 3:97 CV 325/RV

(4). APPROXIMATE FILING DATE:

(5). IF NOT STILL PENDING, DATE OF DISMISSAL: 01-14-98-CLOSED

(6). REASON FOR DISMISSAL: COULD NOT FIND OR HIRE A LAWYER FAIL TO STATE CLAIM

(7). FACTS AND CLAIM OF CASE:

(1). PARTIES TO PREVIOUS ACTION:

A. PLAINTIFF(S): JESSIE JAMES WHIGHAM

B. DEFENDANT(S): DR. ROHAND

(2). DISTRICT AND JUDICIAL DIVISION: NORTHERN DISTRICT PANAMA CITY DIVISION

(3). NAME OF Judge: ~~XXXX~~ ELIZABEth M. TIMOThy

(4). APPROXIMATE Filing date: OCTOBER 11, 2007

(5). IF NOT STILL Pending, dATE OF dismissal: Closed - 1-1- ~~XX~~   12-7-08

(6). REASON FOR dismissal: could not hire OR finde A LAWyer, FAiLURE TO STATE CLAiM

(7). FACTS AND CLAIMS OF CASE: REFUSE PLAiNTiFF MEDICAL TREATMENT


(1). PARTIES TO PREVIOUS ACTION:

A. PLAINTIFF(S): JESSIE JAMES WHIGHAM

B. DEFENDANT(S): GEORGAKIAS, ET AL.

(2). COUNTY AND JUDICIAL CIRCUIT: NORTHERN DISTRICT, PANAMA CITY DIVISION

(3). NAME OF Judge: 5:01 CV 175/LAC

(4). APPROXIMATE FILING dATE:

(5). REASON FOR dismissal: Could NOT hire OR finde A LAWyer

(6). IF NOT STILL Pending, dATE OF dismissal: Closed-01-7-02

(7): FACTS AND CLAIMS OF CASE:


(1). PARTIES TO PREVIOUS ACTION:

A. PLAINTIFF (S): JESSIE JAMES WHIGHAM

B. DEFENDANT(S): KEETON

(2). COUNTY AND JUDICIAL CIRCUIT: NORTHERN DISTRICT, PANAMA CITY DIVISION

(3). NAME OF Judge: 5:96 CV 383/RH

(4). APPROXIMATE FILING dATE:

(5). IF NOT STILL Pending, dATE OF dismissal: Closed-02/20/97

(6). REASON FOR dismissal: I could not PROSECUTE could Find OR hire A LAWyer

(7). FACTS AND CLAIMS OF CASE: LACK OF MEDICAL TREATMENT

COPY

(1). PARTIES TO PREVIOUS ACTION

A. PLAINTIFF: Jessie JAMES WhighAm

B. Defendant(s): DR. RONALD LiPPMANN

(2). COUNTY AND JUDICIAL CIRCUIT: NORTHERN DISTRICT, PANAMA CITY Division

(3). NAME OF JUDGE: Is/MILES DAVIS, CASE # 5:07CV159/RS/MD

(4). APPROXIMATE FILING DATE: JULY 2, 2007

(5). IF NOT STILL Pending, DATE OF dismissal:

(6). REASON FOR dismissal: FAIL TO STATE A CLAIM, AND could NOT PAY

(7). FACTS AND CLAIMS OF CASE: LACK OF MEdicAL TREATMENT


(1). PARTIES TO PREVIOUS ACTION:

A. PLAINTIFF: JESSIE JAMES WhighAm

B. Defendant(s). Ms. Eve, ET AL.,

(2). COUNTY AND JUDICIAL CIRCUIT: NORTHERN DISTRICT, PANAMA CITY DIvision

(3). NAME OF JUDGE: SIMILES DAVIS

(4) APPROXIMATE FILING DATE: MARCH 3, 2008

(5). IF NOT STILL Pending, DATE OF dismissal: MARCH 3, 2008

(6). REASON FOR dismissal: MALicious

(7). FACTS AND CLAIMS OF CASE: LACK OF MEdicAL TREATMENT

(1). PARTIES TO PREVIOUS ACTION

A. PLAINTIFF: JESSIE JAMES WHighAm

B. DeFendAnt(s). MS. DonNA eT AL.

(2).COUNTY AND JUdICIAL CIRCUIT: NORTheRN DISTRICT, PANAMA cITY DIVISION

(3). NAMe OF JUdse: RichARd SmoK

(4). APPROXIMATE FiLing dATe: JANUARy 22, 2008

(5). IF not sTiLL pending, dATe OF dismissAL: sTiLL pending

(6). ReAson FOR dismissAL:

(7). FActs AND cLAIMS OF cAse: ReFUsed medicAL TReATmenT

(8). see Ex. A

6.   Facts and claims of case: _ReFuse To ReTuRNed gRievance_

_s_ _____

**(Attach additional pages as necessary to list cases.)**

## V.   STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  Do not make any legal arguments or cite to any cases or statutes.  You must set forth separate factual allegations in separately numbered paragraphs.  You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  (**If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.**)

(1). PLAINTIFF JESSIE JAMES WHISHAM IS AND WAS, AT ALL TiMes ReLev-
ANT hereTO, A INMATE IN The CUsTody oF CORRecTioNAL CORPoRATioN oF
AMeRiCA (CCA). AT The TiMe oF The evenTs ReLevANT heReTO, WhiShAM
WAS INCARCeRATed AT BAY CounTY ANNex, WhIGhAM IS CURRenTLY INCA-
RCeRATed AT WAShinGTON CoRRecTioNAL INSTiTuTioNs ("WAShinGToN counTY).

(2). DeFendAnT Eve IS AND nuRse, who AT ALL TiMes ReLevAnT heReTO W-
WAS ASSIGNed TO BAY CounTY ANNex.

(3) DeFenDAnT TROY FLouleR WAS, AT ALL TiMes ReLevAnT heReTO A coRRecTio-
NAL oFFicER eMPLOYeD oR ReTAined BY C.C.A. TO PROvide LAUNdRY AND sec-
uRiTY AT The BAY CounTY ANNex.

(4). DeFenDAnT C. MiLes WAS, AT ALL TiMes ReLevAnT heReTO A coRRecTioN
AL oFFicER AT The BAY CounTY JAIL, who AT The TiMe oF The evenTs descRi-
bed BeLow WAS seRving AS AN coRRecTioNAL oFFiceR AT The BAY CounTY JAiL.

(5) DeFenDAnT HARRToN WAS, AT ALL TiMes ReLevAnT heReTO, A coRR-
ecTioNAL oFFiceR AT The BAY CounTY ANNex.

(6). DeFenDAnT RONALD LiPPMAnn WAS, AT ALL TiMes ReLevAnT heRe-
TO, A PhYsiciAn eMPLoYed oR ReTAined BY C.C. A. TO PROvide MedicAL

9

MEDICAL SERVICES TO THE BAY COUNTY JAIL AN ANNEX AND THE PRISON.

(7). ON OR ABOUT MARCH 6, 2007, CORRECTIONAL OFFICER C. MILES EXE RCISE DELIBERATE INDIFFERENCE TO PLAINTIFF HEALTH AND SAFETY BY CONFISCATED WHIGHAMS SHOES UPON HIS ENTRY INTO THE DORMITORY AND ISSUED WHIGHAM AND OVERSIZE PAIR OF SHOWERSLIDES NEEDED TO PROTECT H. IS FEETS WHILE UTILIZING THE SHOWER INSIDE THE DORM. WHIGHAM ALERTED MILES AND CORRECTIONAL OFFICER FLOWERS (LAUNDRY SUPERVISOR) AND AGAIN ALERTED AS TO THE "DEFECTED" PAIR OF SLIDES WHICH, WHIGHAM DESCRIBED, "RIGH T SHOWERSLIDE WAS RIP UP THE SIDE" WHIGHAM WAS TOLD THAT THERE WAS NOT ANOTHER PAIR AT THE JAIL TO FIT HIM".

(8). ON OR ABOUT APRIL 24, 2007 WHIGHAM ALLEGED THAT NOTWITHSTANDING HIS ALERTING THE OFFICER'S AS TO THE DEFECTIVE PAIR OF SHOWER SLIDES, AS NOTE D ABOVE, AS HE WAS EXITING THE SHOWER HE SUSTAINED PHYSICAL INJURY TO HI S ANKLE AND FOOT BY DAMAGEING TO HIS TENDON, LEGALMENT AND SOFT TISSUE AS A RESULT OF THE DEFECTIVE PAIR OF SHOWERSLIDES. WHIGHAM EXPLAINED THAT AS HE WAS EXITING THE SHOWER, AS HE ATTEMPED TO OVERSTEP THE "SPEED BUMP" WHICH PURPORTS TO RETAIN WATER INSIDE THE OPEN SHOWER FROM SP ILLING ONTO THE WALKWAY OF THE DORMTORY; THERE WERE NO WET SIGN WHAT SO EVERY. WHIGHAM STEPPED "RIGHT INTO THE MILDEW, AND THE MISSING TILE CAUSING [WHIGHAM] TO SLIP RIGHT AND FALL THEREFORE CATCHING MYSELF WITH MY LEFT ANKLE WHICH TWISTED MY LEFT ANKLE AND DAMAGING THE LEGALMENT AND TENDON AND THE SOFT TISSUE GIVING HIM A PHYSICAL IN- JURY FOR THE REST OF HIS LIFE.

(9). ON OR ABOUT APRIL 24, 2007, WHIGHAM ALLEGED THAT HE RETURNED TO HIS BUNK AND AFTER SOMETIME, HIS ANKLE BEGAN TO SWELL AND CAUSE HIM PAIN. C/O HERNANDE WAS CONTACTED AND ALERTED TO WHIGHAM NEE D FOR MEDICAL ASSISTANCE. HOURS LATER, WHIGHAM WAS FINALLY SEEN BY NURSE EVE, WHO EXERCISE DELIBERATE INDIFFERENCE TO PLAINTIFF HE-

Statement of Facts, continued:

HEALTH AND SAFTE BY PROSCRIBED him A PAIR OF CRUTCHES. "She NE-VER TOOK THE PLAINTIFF TO THE EMERGENCY ROOM FOR ANY TEST.

---

(10). DEFENDANT HARRTON exeRCISE deLIbeRATE INDiFFERENCE TO PLAINTIFF HEALTH AND SAFETY ON APRIL 26-07, THEREAFTER, WhighAM WAS FURTHER SUBJECTED TO INSTANCE OF ABUSE, Which, WhighAM DE-SCRIbed compounded AND RESULTED IN FURTHER INJURY TO his ANKLE AND FOOT FOR INSTANCE, WhighAM ExpLAINed THAT he WAS FORCED TO WALK IN ORDER TO Receive his MEAL, even Though The OFFICER[c/o HARRTON] WAS AWARE OF HiS ANKLE AND FOOT INJURY. IN FACT WhighA-M ASSERTED THAT C/O HARRTON TOLD Him THAT "IF The INMATES in Wheel CHAIRS CAN COME TO The FRONT DOOR [WhighAM] CAN ATLEAST WALK TO The FRONT DOOR "AND ON SONE ALLEGED OCCASSION. ON OR ABOUT APRIL 27, 07 FORCED WhighAM TO WALK AGAIN TO ObTAIN his MEAL TRAYES.

---

(11). DEFENDANT DR. RONALD LIPPMANN exeRCISE deLIbeRATE INDIFFE-RENCE TO PLAINTIFF HEALTH AND SAFETY ON OR ABOUT ⬛⬛ MAY 21, 2007 THEREAFTER, WhighAM WAS SEAN BY DR. LIPPMANN Who exclAiMED Th-ere WAS nothing he could do FOR The PLAINTIFF. On OR ABOUT JULY 11, 2007 WhighAM WAS LATER SEEN BY A DR. RohAN IN PANAMA CITY, FLORIDA Who AdVised THAT WhighAM hAd A chipBone "AND SPRAIN ANKLE. "DR. RohAN STATED THAT he WAS GOING TO LEAVE The "chipBone" IN his FOOT UNTIL FURTHE-R INSTRUCTIONS BY LIPPMANN AND JAIL OFFICALS'.

(12). ON OR ABOUT APRIL 27, 2007 TIL AUGUST 9, 2007 Whisham alleged that he files numerous grievances before he was sent to the department of corrections and that the named defendants took no action in regard to his injury. Whisham states that the defendants acted with with "deliberate indifference" to his known physical injury and that prison official were label for failure to maintain a safet environment.

(13). ON OR ABOUT AUGUST 9, 2007 the defendants exercices deliberate indifference to plaintiff health and safety by sending him to the department of corrections on crutches, on or about August 14, 2007, Whisham had to be rush to memorial hospital in Jacksonville for truma to the foot and two blood clott in the lung where attending physican; Narizadeh MD. Kasra state the fall I took at the Bay county annex while in the custody of the defendants cause the "DVIPE" because the defendants never took the plaintiff to the emergency room for any test. The plaintiff was release from memorial hospital in Jacksonville August 21, 2007 where "the prison was not looking for the plaintiff to come back to prison." Plaintiff can only stand 2 to 5 minunte at a time before his physical injury flair up order by the prison specialist at reception and medical center. "Plaintiff has been giving a no prolong standing pass for the injury suffer at the hand of C.C.A. medical staff."

(14). ON OR ABOUT FEBRUARY 14, 2008 Plaintiff Whisham was place on three or four restrictions do to the defendants exercices deliberate indifference to plaintiff health and safety, low bunk pass, no shaveing but with clippers only. Restrictions no stand 7/5 min, above the knee ted # hose for left leg. The restriction s have been place on me by reception and medical center Dr. on February 14, 2008 because of the defendants exercices deliberate indifference to plaintiff health and safety.

## VI.    STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

(1). § 242. DEPRIVATION OF RIGhTs UNdER COLOR OF LAW,(2) The AMERICA disAbILiTy ACT,(3). due PROCESS LAW, (4) EIGhT AMENdMENT,(5) FOURTheen Th AMENdMENT (6) descRIMNATION (5) ANd OThER CIVIL RIGHT LAW ThAT STORAGE UPON ME AS AN AMERICA.(6).

## VII.    RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

(1). PLAINTIFF DEMANDEd A JURY TRAIL,(2). PLAINTIFF REquEST COURT COST ANd ATTORNEY FEES IF ONE hAS TO BE hIREd.(3) PAIN ANd SUFFERING.(4) PUNTIVE DAMAGES. (5) PLAINTIFF REquEST TO GRANTEd ANy OThER FEES ThAT IT FEEL JUSTICES, PLAINTIFF DEMANdEd 1,000,000 IN dAMAGES TO PAy FOR MEdICATION ANd DR. VISITEd TO ChECKEd BLOOd FOR FURThER BLOOd CLOTT.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

_____               _____
          (Date)                              (Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on:
the _____ day of _____, 20 _0_8_.

_____
          (Signature of Plaintiff)

Revised 07/02



13

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been provided to:

(1). JOHN D. FERGUSON, 10 BURTON HILLS BLVD. NASHVILLE, TN. 37215,

ATTORNEY FOR DEFENDANT(S).

(2). CLERK U.S. DISTRICT COURT 1 NORTH PALAFOX STREET ROOM 226 PENSA-

COLA, FLORIDA 32502-5658

by delivering same to prison authorities for mailing on this the 13 day of

MARCH , 200 8.

Jessie James Wigler

For: JM3NTP03
    Tue, Aug 21, 2007 9:32 am
Subject:

From: Simkanich, Ron
Taken by: SPELLCHECKER SYSTEM ()

MEMORIAL HOSPITAL JACKSONVILLE
DISCHARGE SUMMARY N5301

PATIENT:   WHIGHAM, JESSE JAMES                           . UNIT/HIST. #:   J001070362

ATTENDING PHYSICIAN:   Nabizadeh MD, Kasra                      ACCOUNT #: J00205253040

ADMISSION DATE:   08/14/07                                      DISCHARGE DATE:

<END HEADER>
PATIENT NAME:   WHIGHAM, JESSE J

ADMITTING DIAGNOSIS:    Acute pulmonary emboli.

DISCHARGE DIAGNOSES:
1. Acute pulmonary emboli with pulmonary infarction.
2. Left ankle injury.
3. Chronic severe varicosities.
4. Mild anemia.

CONSULTATION(S): Dr. Lord for orthopedics.

PROCEDURE(S):  CT angiogram of the chest showed massive bilateral pulmonary
emboli with signs of the right lower lobe pulmonary infarct and bilateral
lower lobe atelectasis and possible right heart strain.  Echocardiogram
revealed normal left ventricular size with normal ejection fraction of
65%, mild tricuspid regurgitation with mild pulmonary hypertension of
about 40 mmHg, otherwise negative. X-ray of the foot and ankle were
negative.  MRI of the left foot showed soft tissue swelling and edema of
the subcutaneous tissue, but no definite bone marrow edema to suggest the
presence of a hairline or fracture.

LABS ON DISCHARGE:   Sodium 139, potassium 3.8, glucose 94, BUN 12,
creatinine 1.1. Pro-time of 19, INR 1.74, PTT 100. White count of 4.0,
hemoglobin 12.8, hematocrit 39, platelets 276.

MEDICATIONS ON DISCHARGE: Coumadin 10 mg daily, 7.5 mg thereafter.

HOSPITAL COURSE:  This is a 41-year-old patient whose medical history had
been negative, except for severe varicosities, which had required surgical
intervention. The patient sustained a fall several months ago and had
x-rays that apparently showed a chipped bone. He walked much less because
of the pain in his ankle. He did not require any further intervention at
that time. However, several days prior to this admission, he twisted the
foot and then the day of his admission, he developed severe shortness of
breath, had a pulse oximetry of 77% and was transferred here.  Spiral CT
was positive for massive pulmonary emboli with pulmonary infarct.
Fortunately for the patient, he has been relatively asymptomatic.  He has
required only 2 liters of nasal cannula oxygen and has been weaned to room
air for the last several of days. He is sating 98 - 99%. Because of the
left foot injury, there was concern for a tendon rupture and certainly the
injury is most likely the cause of his DVT/PE. We therefore got an

orthopedic consult who saw him and fortunately found only soft tissue

MEMORIAL HOSPITAL JACKSONVILLE

DISCHARGE SUMMARY N5301

PATIENT: WHIGHAM,JESSE JAMES                    UNIT/HIST. #:   J001070362

ATTENDING PHYSICIAN: Nabizadeh MD,Kasra          ACCOUNT #: J00205253040

ADMISSION DATE: 08/14/07                          DISCHARGE DATE:

injuries, nothing needing surgical intervention. We started physical
therapy with the patient and he is tolerating this well. He is able to
ambulate long distances. His foot does become swollen and painful when
walking on it, but again he is able to ambulate. The patient is kept on IV
Heparin and started on p.o. Coumadin several days ago.  His Coumadin level
now just slightly subtherapeutic, but I believe he can be sent and stopped
on the Heparin. We will try go get nutritionist to discuss with him
dietary changes on Coumadin prior to his discharge. I would also recommend
that he continue to get physical therapy for his severe left ankle spring
back at the institution. I told him that it is important that he not just
stop walking as he will loose more mobility.  He can follow up with
orthopedic as an outpatient, as needed if he foot does not return to
normal. I would also recommend that he wear TED hose long-term due to his
severe venous varicosities.  He may be a candidate for an IVC filter in
the future.  For the time being, he is sent on Coumadin and needs to have
this level of closely followed as an outpatient.


Dictated by:
Cassandra Burt-Ernst, P.A.-C.

PHYSICIAN:
KASRA A. NABIZADEH, MD, FACP, FCCP


CBE:pa
D:08/21/2007 07:52:00
T:08/21/2007 09:05:56

CC:

**Diagnostic Imaging**
**MEMORIAL HOSPITAL - 3625 UNIVERSITY BLVD. SO -    JACKSONVILLE, FLORIDA**
**Phone #: 904-399-6739                                Fax #: 904-391-1407**
--------------------------------------------------------------------------
Patient Type: ADM IN            Loc/Rm: J.3NT/J.372      DOB: 11/17/1965

Patient Name: WHIGHAM,JESSE JAME  Sex: M          Exam Date: 08/16/2007

Attending Dr: Nabizadeh MD,Kasra  Adm: 08/14/2007   Ordered: 08/15/2007

Med Record #: J001070362          AC#: J00205253040   Batch #: N/A

Reason:  t: 1453                                    Rad: INJURY LEFT FOOT
--------------------------------------------------------------------------
Admission Clinical Data: CP/HYPOXEMIA


     Exams: 002273257  MRI/FOOT WO LEFT
            HOW IS PATIENT TRANSPORTED? S - STRETCHER
            CAMPUS?
            COMMENT: t: 1453
            REASON FOR EXAM: INJURY LEFT FOOT
            Reason cont'd:
            DOES PATIENT HAVE A PACEMAKER? N
            HAS PATIENT WORKED WITH METAL OR HAVE ANY METAL IN BODY? UNK

MRI OF THE LEFT FOOT WITHOUT CONTRAST 8-16-07 AT 2306 HOURS:

HISTORY:
TRAUMA TO THE TOP OF THE FOOT LAST APRIL, NOW WITH PERSISTENT SWELLING
AND PAIN.

FINDINGS:

MULTIPLE IMAGES WERE OBTAINED IN A 1.5 TESLA SUPER CONDUCTING MAGNET.

THERE ARE DEGENERATIVE CHANGES IDENTIFIED IN THE INTRATARSAL JOINTS.
SOFT TISSUE SWELLING AND EDEMA OF SUBCUTANEOUS TISSUE IS SEEN ALONG
THE DORSAL AND LATERAL ASPECT OF THE MID FOOT.  HOWEVER, NO DEFINITE
BONE MARROW EDEMA IS IDENTIFIED TO SUGGEST THE PRESENCE OF A
RADIO-OCCULT FRACTURE OR STRESS FRACTURE.  TINY AVULSION FRACTURES
FREQUENTLY HAVE NO ASSOCIATED BONE MARROW EDEMA, AND THEREFORE A TINY
AVULSION FRACTURE CANNOT BE EXCLUDED ON THE BASIS OF THIS EXAMINATION.

**IMPRESSION:**

**1.  SOFT TISSUE SWELLING AND EDEMA OF THE SUBCUTANEOUS TISSUE ALONG**
**THE DORSAL LATERAL ASPECT OF THE MID FOOT.**

**2.  NO DEFINITE BONE MARROW EDEMA IS SEEN TO SUGGEST THE PRESENCE OF A**
**SUB-RADIOGRAPHIC FRACTURE.**

**Diagnostic Imaging**

**MEMORIAL HOSPITAL - 3625 UNIVERSITY BLVD. SO -**      **JACKSONVILLE, FLORIDA**
**Phone #: 904-399-6739**                              **Fax #: 904-391-1407**
------------------------------------------------------------------------
Patient Type: ADM IN            Loc/Rm: J.3NT/J.372       DOB: 11/17/1965

Patient Name: WHIGHAM,JESSE JAME  Sex: M          Exam Date: 08/15/2007

Attending Dr: Nabizadeh MD,Kasra  Adm: 08/14/2007    Ordered: 08/14/2007

Med Record #: J001070362         AC#: J00205253040    Batch #: N/A

Reason:  1453                                              Rad: PE
------------------------------------------------------------------------
Admission Clinical Data: CP/HYPOXEMIA


     Exams: 002272760  CT/CT ANGIO CHEST W&WO CONTRAST
             HOW IS PATIENT TRANSPORTED? SO2MON - STRETCHER, O2, MONITOR
             CAMPUS?
             COMMENTS: 1453
               REASON FOR EXAM: PE
               DOES PATIENT WEIGH OVER 300 POUNDS? N

CT ANGIOGRAM OF CHEST W/O CONTRAST, 08-15-07 AT 12:45 A.M.

EXTENDED-HOURS DICTATION:   1:00 A.M.

HISTORY:  HYPOXEMIA.

TECHNIQUE:  CT ANGIOGRAM OF THE CHEST WAS PERFORMED AND ROUTINE
PROTOCOL DEMONSTRATION OF 100 CC OF ISOVUE-370.

FINDINGS:  THERE ARE EXTENSIVE BILATERAL PULMONARY EMBOLI INVOLVING
ALL LOBES OF BOTH LUNGS.  THIS INCLUDES THE LARGE CLOT SITUATED IN THE
CENTRAL PULMONARY VEINS.  ADDITIONALLY, THERE IS AN INFARCT OF THE
RIGHT LOWER LOBE WITHIN WHICH THERE MAY BE SOME NECROTIC MATERIAL
DEVELOPING.  THIS INVOLVES THE SUPERIOR SEGMENT.  OTHER AREAS OF
ATELECTASIS ARE PRESENT IN THE LUNG BASES.

THERE ARE A FEW CYSTIC AIR SPACES NOTED, PARTICULARLY IN THE ANTERIOR
ASPECT OF THE RIGHT UPPER LOBE.  NO PNEUMOTHORAX IS PRESENT.  THERE IS
NO EFFUSION.  THE THORACIC AORTA IS NORMAL IN SIZE.  THERE IS NO
MEDIASTINAL OR HILAR ADENOPATHY.  HEART SIZE IS NORMAL.  THERE IS NO
PERICARDIAL EFFUSION.  THERE APPEARS TO BE SLIGHT ENLARGEMENT OF THE
RIGHT ATRIUM.

**IMPRESSION:**
**MASSIVE BILATERAL PULMONARY EMBOLI WITH SIGNS OF RIGHT LOWER LOBE**
**PULMONARY INFARCTS AND BILATERAL LOWER LOBE ATELECTASIS.  CANNOT**
**EXCLUDE A DEGREE OF RIGHT HEART STRAIN GIVEN THE MILD ENLARGEMENT OF**
**THE RIGHT ATRIUM.**

**Diagnostic Imaging**

**MEMORIAL HOSPITAL - 3625 UNIVERSITY BLVD. SO -**          **JACKSONVILLE, FLORIDA**
**Phone #: 904-399-6739**                                   **Fax #: 904-391-1407**
---------------------------------------------------------------------------
Patient Type: ADM IN                Loc/Rm: J.3NT/J.372          DOB: 11/17/1965

Patient Name: WHIGHAM,JESSE JAME    Sex: M            Exam Date: 08/15/2007

Attending Dr: Nabizadeh MD,Kasra   Adm: 08/14/2007    Ordered: 08/14/2007

Med Record #: J001070362            AC#: J00205253040    Batch #: N/A

Reason:  1453                                                   Rad: PE
---------------------------------------------------------------------------
Admission Clinical Data: CP/HYPOXEMIA


        Exams:
                002272760 CT ANGIO CHEST W&WO CONTRAST
     <Continued>

 FINDINGS WERE CALLED IMMEDIATELY TO THE ATTENTION OF DR. NABIZADEH
 AND THE PATIENT'S NURSE.

 /NAV


 ADDENDUM:
 THE REPORT WAS GIVEN TO NURSE CHAD TORRES AT 0124 HOURS, AND
 SUBSEQUENTLY TO DR. NABIZADEH DIRECTLY BY MYSELF.

 /DOH


        ** Electronically Signed by PhD Eric Schallen MD **
        **              on 08/15/2007 at 0731            **
             Reported by: Eric Schallen, M.D., PH.D.
             Signed by:   Schallen MD,PhD,Eric








CC: Kasra Nabizadeh MD

Dictated Date/Time: 08/15/2007 (0000)

PAGE 2              Signed Report Printed From PCI

MEMORIAL HOSPITAL OF JACKSONVILLE
3625 University Blvd. South
Jacksonville, FL 32216

PATIENT NAME: **WHIGHAM,JESSE JAMES**          ATTENDING DR: **Nabizadeh MD,Kasra**
PATIENT NUMBER: **J00205253040/J001070362**    PATIENT'S RM #: **J.372**

**ACUTE PHYSICAL THERAPY DEPARTMENT**
**INITIAL FUNCTIONAL EVALUATION T3831**

Date of Evaluation: 08/18/07

Doctor's Orders:
DATE: 08/18/07 PT EVAL AMBULATE

---

**PATIENT HISTORY**

HISTORY OF PRESENT ILLNESS:
Pt is a 41 year old M admited 08/14/07
/C LARGE MULTIPLE PLURAL EMBOLI X RAYS (-) FO ANKLE FX. NOTED TO HAVE A
CHIPPED BONE IN HIS FOOT.

Date & Reason of last Hospitalization: JAN 1997 REMOVAL OF VARICOSE VEINS

      << Medical History >>                      << Surgical History >>
   HTN                                    REMOVAL OF VARICOSE VEINS JAN 1997

How Many Steps To Your House/Apt:
Prior Level of Mobility:
   AMB /C CRUTCHES. Pt IN DOC

Precautions:

   Comments:

---

**SUBJECTIVE**

SUBJECTIVE:
   Pt DENIES ANY FOOT OR ANLKE PAIN /C AMB
   NOTED HE WAS BREATHING BETTER.

Patient/Family Goals:
   NONE STATED

---

**OBJECTIVE**

JACKSONVILLE NETWORK PCI **LIVE** (PCI: OE Database COCJM)

08/21/07
0807

**MEMORIAL HOSPITAL OF JACKSONVILLE**
**3625 University Blvd. South**
**Jacksonville, Florida**

**Page      4**

| Patient: WHIGHAM,JESSE JAMES | Acct#: #J00205253040 Unit#: J001070362 (Continued) |
|---|---|

****************************** COAGULATION STUDIES (continued) ******************************

| Date Time | 08/21/07 0410 | 08/20/07 0400 | 08/19/07 0402 | 08/18/07 1108 | Reference | Units |
|---|---|---|---|---|---|---|
| INR | 1.74(a)  L | 1.49(a)  L | 1.16(a)  L | | (2.0-3.0) | |
| PTT | 100.5(b) H | 80.0(b)  H | 81.5(b)  H | 61.4(b)  H | (21.8-34.7) | Second |

| Date Time | 08/18/07 0401 | ----------08/17/07---------- 1500 | 1500 | 0620 | Reference | Units |
|---|---|---|---|---|---|---|
| PT | 10.6 | 10.5 | | | (8.5-12.4) | SECOND |
| INR | 1.02(a)  L | 1.01(a)  L | | | (2.0-3.0) | |
| PTT | | | 58.6(b)  H | 51.7(b)  H | (21.8-34.7) | Second |

```
NOTES:  (a)   INR  2.0 - 3.0    INDICATIONS:
                                Prophylaxis of venous thrombosis
                                Treatment of venous thrombosis
                                Treatment of PE
                                Prevention of systemic embolism
                                Tissue heart valves
                                AMI (prevent systemic embolism)
                                Valvular heart disease
                                Atrial Fibrillation
                                Bileaflet mechanical valve in aortic
                                  position

              INR  2.5 - 3.5    INDICATIONS:
                                Mechanical prosthetic valve (high risk)
                                AMI (prevent recurrent AMI)

        These ranges and indications are based on the guidelines
        published by the American College of Chest Physicians(ACCP);
        6th Conference on Antithrombotic Therapy (2001).
        (b)   Heparin concentrations of 0.3 to 0.7 units/mL based on
        the Anti-Factor Xa assay suggest an APTT therapeutic range
        of 54.0 to 91.0 seconds.

        Heparin concentrations of 0.3 to 0.6 units/mL based on
        the Anti-Factor Xa assay suggest an APTT therapeutic range
        of 54.0 to 82.0 seconds.
```

| ** CONTINUED ON NEXT PAGE ** | | (Laboratory Final Summary) |
|---|---|---|
| Patient: WHIGHAM,JESSE JAMES | Acct#J00205253040 | Unit#J001070362 |

MEMORIAL HOSPITAL JACKSONVILLE

HISTORY & PHYSICAL N5601

**PATIENT:** WHIGHAM,JESSE JAMES

**ATTENDING PHYSICIAN:** Nabizadeh MD,Kasra

**ADMISSION DATE:** 08/14/07

**UNIT/HIST. #:** J001070362

**ROOM #:** J.372-A

**ACCOUNT #:** J00205253040

rate between 64 and 109, respiratory rate 22.

HEENT: Normocephalic and atraumatic. Pupils are equal, round, and
reactive to light bilaterally.

NECK: Supple, no nodes or goiter.

LUNGS: Clear to auscultation bilaterally with good breath sounds, no
wheezes or rhonchi heard, 99% saturation on 2 liters.

CARDIOVASCULAR: Regular rate and rhythm without murmurs, rubs, or gallops,
negative jugular venous distention or bruit.

ABDOMEN: Soft, nontender, nondistended, positive bowel sounds.

MUSCULOSKELETAL, NEUROLOGIC: The patient does indeed have a very swollen
left foot and ankle, warm to touch, with some venous enlargement distally.
Calf is swollen as well. Neurologic examination is grossly intact.

LABORATORY STUDIES: Arterial blood gases on 2 liters are 7.36, 39, 70 and
22.6. Sodium is 140, potassium 3.7, glucose 115, BUN 13, creatinine 1.
Liver function tests are normal. White count is 6.5, hemoglobin 12.9,
hematocrit 36.4, platelets 203,000.

RADIOGRAPHIC STUDIES: Spiral CT of the chest again apparently is
describing large multiple pulmonary emboli with an area of pulmonary
infarct, final result pending. X-rays of this are pending.

ASSESSMENT AND PLAN:
1. Acute pulmonary embolus.
2. Injury to the left foot without any healing in the last several months
and probable deep venous thrombosis leading to pulmonary embolus.
3. Active smoker also contributing to above.
4. History of chronic severe varicosities.

The patient is admitted to our service, is started on heparin drip. Will
also get Dr. Lord for Orthopaedic evaluation, check x-rays, and further
intervention to the foot as necessary.


Dictated by:
Cassandra Burt-Ernst, P.A.-C.


Physician:
KASRA A. NABIZADEH, MD, FACP, FCCP


JACKSONVILLE NETWORK PCI **LIVE** (PCI: OE Database COCJM)

**MEMORIAL HOSPITAL JACKSONVILLE**

**ECHOCARDIOGRAPHIC REPORT E0801**

**PATIENT:** **WHIGHAM,JESSE JAMES**                    **UNIT/HIST. #:**  J001070362

**ATTENDING PHYSICIAN:**  **Salman MD,Waddah**

**ORDERING PHYSICIAN:**                                **ROOM/BED:  J.372-A**

---

PATIENT NAME:  WHIGHAM, JESSE

DATE OF PROCEDURE:  08/17/2007

STUDY PERFORMED:  2D, M-mode, and color Doppler echocardiogram.

INDICATIONS:  This is a 41-year-old male who presented with chest pain and
hypoxemia.

2D ECHO AND M-MODE:  This was a technically adequate study.  The left
ventricle is normal in cavity size.  No measurements were provided,
however, the left ventricular wall thickness appears normal.  No segmental
wall motion abnormalities were noted.  The overall left ventricular
systolic function is normal with visually estimated left ventricular
ejection fraction of 65%.  The right ventricle is normal in size and
systolic function.  The left atrium is slightly dilated.  The right atrium
is normal in size.  The aortic root is normal in diameter.  The mitral
valve appears morphologically normal with normal excursion.  The tricuspid
valve appears morphologically normal.  The pulmonic valve was not well
visualized.  The aortic valve is morphologically normal and probably
trileaflet.  No pericardial effusion was noted.

DOPPLER STUDY:  This showed normal pattern of mitral inflow velocity.
There was trace mitral regurgitation.  There was a trace to mild tricuspid
regurgitation with mild pulmonary hypertension and right ventricular
systolic pressure of 40 mmHg.  There was no aortic insufficiency.  The
Doppler velocity across the aortic valve was within normal limits.

FINAL IMPRESSION:
1. Normal left ventricular size with normal systolic function and visually
   estimated left ventricular ejection fraction of 65%.
2. Trace mitral regurgitation.
3. Trace to mild tricuspid regurgitation with mild pulmonary hypertension.
4. Mild left atrial enlargement.

Physician:
WADDAH SALMAN, M.D.

WS:jl
D:08/20/2007 08:40:00
T:08/20/2007 08:48:38

CC:  Echo Lab
DEPT. OF CORRECTIONS
KASRA NABIZADEH, M.D.