# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JESSIE JAMES WHIGHAM,

      Plaintiff,

v.                            CASE NO. 5:08cv82-RH/EMT

MS. EVE, et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 6) and the objections (document 8). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Plaintiff's motion to proceed in forma pauperis (document 5) is DENIED. The complaint is dismissed without prejudice. The clerk shall enter judgment and close the file.

SO ORDERED this 5th day of May, 2008.

<u>s/Robert L. Hinkle</u>
Chief United States District Judge
